In the Matter of the Claim of IRENE HERRIOTT, Respondent, against HAROLD M. PHILLIPS and MARTHA J. PHILLIPS and THE OCEAN ACCIDENT & GUARANTEE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits arising out of death of deceased employee. Deceased was employed as a chauffeur, butler and houseman. He assisted in pushing an automobile manually a considerable distance from the street into a driveway, along the driveway for some distance and up an incline into a garage on the employer's premises. Within three to five minutes afterwards, while standing near the car, discussing the affair, he fell to the ground unconscious and died immediately, his death being the result of coronary thrombosis. He had a pre-existing coronary disease and the medical testimony is to the effect that the extra strain caused by moving the automobile brought about his death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of THOMAS MEANEY, Respondent, against THE CENTURY INDEMNITY COMPANY and Its Assured AUDOBON AMUSEMENT, INC., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award noticed on the 6th day of July, 1937. The accident occurred on October 21, 1936. The sole question presented to this court for review is whether the relation of employer and employee existed. The evidence sustains the contention that the claimant was an employee. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARIA SWANSON, Respondent, against IRA A. CAMPBELL and ROYAL INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant received her injuries when she was returning to her employer's residence, where she had a room, and worked. She describes the place where the injury was received: " not inside the building, right as I stepped in." The employer's premises extend more than one foot outside of the entrance door. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.